Decided September 9, 1999

### WILLIAM T. EVANS *v.* COMMISSIONER OF CORRECTION

The petitioner William T. Evans' petition for certification for appeal from the Appellate Court, 54 Conn. App. 903 (AC 18236), is denied.

BERDON, J., dissenting. I would grant the petitioner's petition for certification to appeal.

KATZ, J., did not participate in the consideration or decision of this petition.

*Lisa J. Steele*, special public defender, in support of the petition.

*James A. Killen*, assistant state's attorney, in opposition.

Decided September 9, 1999